1  E. MARTIN ESTRADA                                            JS-6
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  PAUL SACHELARI, CSBN 230082
7       Special Assistant United States Attorney
        Office of Program Litigation, Office 7
8       Office of the General Counsel
        Social Security Administration
9       6401 Security Boulevard
        Baltimore, MD 21235
10      Tel: (510) 970-4853
11      Fax: (415) 744-0134
        E-mail: Paul.Sachelari@ssa.gov
12

13 Attorneys for Defendant

14                    UNITED STATES DISTRICT COURT
15                    CENTRAL DISTRICT OF CALIFORNIA
                            EASTERN DIVISION
16

17 MARC ESCHRICH,                      No. 5:23-cv-01422-KES

18              Plaintiff,

19 v.                                  [PROPOSED]
                                       JUDGMENT OF REMAND
20 MARTIN O'MALLEY,

21 Commissioner of Social Security,

22              Defendant.

23

24

25

26

27

28

1       The Court having approved the parties' Stipulation to Remand for Further

2    Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of

3    Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4    the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5    **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6    Commissioner of Social Security for further proceedings consistent with the

7    Stipulation to Remand.

8    DATED: <u>March 25, 2024</u>      *Karen E. Scott*

9                              HON. KAREN E. SCOTT
                                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28